IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUL 22 PM 2:34

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Travis J. Robertson
300 E Lombard St Suite 840
Baltimore, MD 21202

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

   **-against-**

Amazon

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __21 CV 1832 JMC__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes  ☐ No
           *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Travis J Robertson

Street Address  300 E. Lombard St Suite 840

City and County  Baltimore, MD

State and Zip Code  Maryland 21202

Telephone Number  202 683 0039

E-mail Address  Word Academy2020@gmail.Com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name  Amazon CEO/Corporate offices

Job or Title
(if known)  N/A

Street Address  410 Terry Ave

City and County  North Seattle, WA 98109-5702

State and Zip Code  Washington 98109-5102

Telephone Number  1888 892-7180

E-mail Address
(if known)  amazondls @ amazon.Com

2

Defendant No. 2

Name _Kerri Ploeg_

Job or Title
(if known) _Manager III Amazon DLS_

Street Address _410 Terry Ave._

City and County _North Seattle,_

State and Zip Code _Washington 98109-5102_

Telephone Number _1 888 892 7180_

E-mail Address
(if known) _amazondls @ amazon_

Defendant No. 3

Name _Natasha Hartry_

Job or Title
(if known) _Case Manager Amazon DLS_

Street Address _410 Terry Ave._

City and County _North Seattle,_

State and Zip Code _Washington 98109_

Telephone Number _1 888 892 7180_

E-mail Address
(if known)

Defendant No. 4

Name _~~Samantha~~ Samantha Fariello_

Job or Title
(if known) _Appeals Case Manager_

Street Address _410 Terry Ave_

City and County _North Seattle,_

State and Zip Code _Washington 98109_

Telephone Number _1 888 892 - 7180_

E-mail Address
(if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

29 CFR 1605.2
Title VII of the Civil Rights Act of 1964
29 CFR 1630.9

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Travis J. Robertson, is a citizen of the State of *(name)* Maryland.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* **Amazon**, is
incorporated under the laws of the State of *(name)*
**Washington**, and has its principal place of
business in the State of *(name)* **Washington**. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* **North Seattle Washington**

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I am Suing for $200,000 I am Suing Amazon
for Back pay, Emotional and Mental Distress. I am
Mainly Suing Amazon for denying workplace Accommodation

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Amazon denied my workplace Accommodation, After my doctor/Psychiatrist sent them documatton about my disability. I have Included a Charge of Discriminatin from the EEOC. I am entitled to my back pay. I also want to be compensated for Emotional and mental distress I am enduring. I want to be compensated for Amazon Disability and Leave Services denying My right to a reasonable Accommodation without undue hardship

6

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I am seeking $ 200,000 in damages for
Emotional and Mental Distress
Back pay
Workplace Accommodation Violation
I am experiencing hardship because of Amazon
Violating my right to a reasonable Accommodation
I am also seeking punitive damages too.

7

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _July 22_ , 20_21_.

Signature of Plaintiff    _Travis J. Robertson_

Printed Name of Plaintiff    _Travis J. Robertson_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20___.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| Email Address | _____ |

8